# UNITED STATES DISTRICT COURT
for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

3419 PARK HEIGHTS AVE
BALTIMORE, MARYLAND

Case No. ~~JKB-12-0062~~

**12 4729 PWG**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A which is attached hereto and incorporated herein by reference

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B which is attached hereto and incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Identity Theft |
| 42 U.S.C. § 408(a)(7)(B) | Social Security Number Fraud |

The application is based on these facts:
See attached affadavit

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark Gray, SSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/29/2012

City and state: Baltimore, MD

*Judge's signature*

U.S.
Paul W. Grimm, Magistrate Judge
*Printed name and title*